IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02182-PAB-KMT

JEREMY J. LOYD,

    Plaintiff,

v.

PAUL PRENDERGAST, individually and in his official capacity as SOMB Board Chair,
PEGGY HEIL, individually and in her official capacity as Chief of Rehabilitation
    Programs,
BURL MCCULLAR, individually and in his official capacity as Sex Offender Treatment
    Program Manager,
SAMUEL DUNLAP, individually and in his official capacity as SOTMP Phase II Program
    Coordinator,
CHRISTINE TYLER, individually and in her official capacity as SOTMP Therapist,
AMICH & JENKS, INC., a Colorado corporation,
JEFFREY JENKS, individually and in his official capacity as Polygrapher and partner,
    Amich & Jenks, Inc.,
TOM SHEELY, individually and in his official capacity as Polygrapher, Amich & Jenks,
    Inc., and
COREY SCHMIDT, individually and in his official capacity as Polygrapher, Amich &
    Jenks, Inc.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 2 2008

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: December 11, 2008

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02182-PAB-KMT

Jeremy J. Loyd
Prisoner No. 117779
Arrowhead Corr. Center
PO Box 300
Cañon City, CO 81215- 0300

Peggy Heil, Burl McCullar,
Samuel Dunlap, and Christine Tyler, – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Paul Prendergast, Amich & Jenks,
Jeffrey Jenks, Tom Sheely, and Corey Schmidt

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Peggy Heil, Burl McCullar, Samuel Dunlap, and Christine Tyler; forms to the United States Marshal Service for service of process on Paul Prendergast, Amich & Jenks, Jeffrey Jenks, Tom Sheely, and Corey Schmidt; COMPLAINT FILED 10/08/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/12/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk