IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**WAIVER OF SERVICE OF SUMMONS**

Civil Action No. 08-cv-02182-PAB-KMT

JEREMY J. LOYD,

    Plaintiff,

v.

PAUL PRENDERGAST, individually and in his official capacity as SOMB Board Chair,
PEGGY HEIL, individually and in her official capacity as Chief of Rehabilitation Programs,
BURL MCCULLAR, individually and in his official capacity as Sex Offender Treatment Program Manager,
SAMUEL DUNLAP, individually and in his official capacity as SOTMP Phase II Program Coordinator,
CHRISTINE TYLER, individually and in her official capacity as SOTMP Therapist,
AMICH & JENKS, INC., a Colorado corporation,
JEFFREY JENKS, individually and in his official capacity as Polygrapher and partner, Amich & Jenks, Inc.,
TOM SHEELY, individually and in his official capacity as Polygrapher, Amich & Jenks, Inc., and
COREY SCHMIDT, individually and in his official capacity as Polygrapher, Amich & Jenks, Inc.,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2008

GREGORY C. LANGHAM
CLERK

I acknowledge receipt of your request that I waived service of a summons in the action of Loyd v. Prendergast, et al., which is case number 08-cv-02182-PAB-KMT in the United States District Court for the District of Colorado, for the following defendants:

**PEGGY HEIL** – SOTMP      **BURL MCCULLAR** – SOTMP
**S. MIKE DUNLAP** – SOTMP      **CHRISTINE TYLER** – SOTMP

I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **12/16/08**, (date request was sent), or within 90 days after that date if the request was sent outside the United States.

DATE: 12/16/08

SIGNATURE: _Teresa Reynolds_
Teresa Reynolds, Legal Assistant II
Office of Correctional Legal Services
Colorado Department of Corrections

on behalf of all defendant(s) listed above unless other wise noted below

Service **is not** waived and accepted as to the following defendants for the stated reason:
**Defendant Name, Address (if known), and Reason**