IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER

Civil Action No. 08-cv-02182-PAB-KMT

JEREMY J. LOYD,

    Plaintiff,

v.

PAUL PRENDERGAST, individually and in his official capacity as SOMB Board Chair,
PEGGY HEIL, individually and in her official capacity as Chief of Rehabilitation Programs,
BURL MCCULLAR, individually and in his official capacity as Sex Offender Treatment Program
    Manager,
SAMUEL DUNLAP, individually and in his official capacity as SOTMP Phase II Program
    Coordinator,
CHRISTINE TYLER, individually and in her official capacity as SOTMP Therapist,
AMICH & JENKS, INC., a Colorado corporation,
JEFFREY JENKS, individually and in his official capacity as Polygrapher and partner, Amich &
    Jenks, Inc.,
TOM SHEELY, individually and in his official capacity as Polygrapher, Amich & Jenks, Inc., and
COREY SCHMIDT, individually and in his official capacity as Polygrapher, Amich & Jenks, Inc.,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order Accepting Magistrate Judge's Recommendation entered on August 13, 2009, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of Magistrate Judge Kathleen M. Tafoya, entered on July 7, 2009 is accepted. It is

FURTHER ORDERED the Motion to Dismiss defendants Amich & Jenks, Inc., Jeffrey Jenks, Tom Sheely and Corey Schmidt, filed March 5, 2009 is granted.

Pursuant to and in accordance with the Order Accepting Magistrate Judge's Recommendation entered on August 14, 2009, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

FURTHER ORDERED that the Recommendation of Magistrate Judge Kathleen M. Tafoya, entered on July 16, 2009 is accepted. It is

FURTHER ORDERED that Defendants Christine Tyler, Paul Prendergast, Peggy Heil, Burl McCullar, and Samuel Dunlap's Motion to Dismiss, filed February 13, 2009 is granted. It is

FURTHER ORDERED that judgment shall enter in favor of defendants Amich & Jenks, Inc., Jeffrey Jenks, Tom Sheely, Corey Schmidt, Christine Tyler, Paul Prendergast, Peggy Heil, Burl McCullar, and Samuel Dunlap and against plaintiff Jeremy J. Loyd. It is

FURTHER ORDERED that this matter, and all claims asserted therein, is dismissed with prejudice.

DATED at Denver, Colorado, this **18th** day of August, 2009.

                                                    FOR THE COURT:

                                                    GREGORY C. LANGHAM, CLERK

                                                    By: s/ Edward P. Butler
                                                         Edward P. Butler
                                                         Deputy Clerk